

**NUMBER 13-14-00157-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**RANDALL BOLIVAR,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 107th District Court
of Cameron County, Texas.**

---

# O R D E R

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

On July 20, 2015, appellant filed a pro se "Notice of Objection to Appellate Court Clerk's Letters of Denial of Motions Properly Submitted and Pending Before This Honorable Court," which we construe as a motion requesting this Court to issue "legally binding orders" related to previous motions that appellant has filed in this Court. In his motion, appellant asserts that he "does not acknowledge or recognize the letters as this

Court's orders of denial or any other legal act, unless [they are] properly accompanied by a legally binding order issued by this Honorable Court, and entered in this cause of action's record." This motion is currently pending before this Court. We find appellant's arguments related to this motion unpersuasive and meritless. Rulings from this Court in the form of written correspondence signed by the Clerk of this Court embody rulings made by a full panel of the court, *cf.* TEX. R. APP. P. 10.4, and should be treated as orders of this Court with binding legal effect. The Court, having considered appellant's pro se motion requesting this Court to issue "legally binding orders" related to previous motions that appellant has filed in this Court, is of the opinion that this motion should be DENIED.

Additionally, on July 20, 2015, appellant filed a pro se motion requesting a complete copy of the clerk's record related to his appeal. This motion is also currently pending before this Court. Our record shows that on April 9, 2015, the trial court's court reporter, Pam Esquivel, mailed a complete copy of the reporter's record and clerk's record via U.S. certified mail to appellant. Additionally, Ms. Esquivel notified this court that she sent appellant a copy of the supplemental reporter's and supplemental clerk's records. Furthermore, on June 5, 2015, this Court ordered the Clerk of this Court to forward appellant copies of (1) the supplemental reporter's record filed on March 20, 2015 in this court; and (2) the supplemental clerk's record filed on April 21, 2015 in this court via U.S. Certified Mail. Appellant received these records on June 10, 2015. Absent other evidence, this Court is of the opinion that appellant has received and has access to the complete record associated with his appeal. Therefore, the Court, having considered appellant's pro se motion requesting a complete copy of the clerk's record, is of the opinion that this motion should be DENIED.

Finally, pursuant to this Court's June 5, 2015 order, appellant's brief was due to this Court on July 10, 2015. As of today's date, appellant has failed to file an appellate brief and such brief is now considered late. Since our Court's June 5, 2015 order striking appellant's brief and ordering appellant to file his brief within 30 days of receiving this Court's order, appellant has filed six motions, all of which have been denied. In order for this Court to properly consider the merits of appellant's appeal, an appellate brief that conforms to Texas Rule of Appellate Procedure 38.1 must be filed with this Court. Furthermore, appellant's failure to file a timely brief that substantially complies with the rules of appellate procedure will be grounds to consider the appeal abandoned. Accordingly, appellant is hereby ordered to file his late pro se brief with the Clerk of this Court immediately, with an appropriate motion for leave to file an untimely brief attached. Appellant's failure to comply with this Court's order will be considered an abandonment of his appeal. The State shall file its response brief within 30 days of appellant filing his pro se brief with the Clerk of this Court. The Clerk of this Court is ORDERED to serve a copy of this order on appellant by certified mail, return receipt requested.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed the
31st day of July, 2015.

3